**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JODY GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 1:25-cv-1750 |
| v. | ) | |
| | ) | |
| ABBOTT LABORATORIES, ST. JUDE | ) | **Removed from the 455th District Court** |
| MEDICAL BUSINESS SERVICES, INC. | ) | **of Travis County, Austin, Texas** |
| D/B/A ABBOTT MEDICAL DEVICES | ) | **Cause No. D-1-GN-25-008393** |
| DIVISION. | ) | |
| | | |
| Defendant. | | |

## DEFENDANT ABBOTT LABORATORIES' NOTICE OF REMOVAL

Defendant Abbott Laboratories (hereinafter "Abbott") hereby removes this civil action pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446. The specific grounds for removal are set forth below.

### INTRODUCTION

Plaintiff Jody Gibson ("Plaintiff" or "Gibson") filed a civil action against Abbott on September 17, 2025. *See* Certified Docket Sheet, Ex. A. In her Original Petition (the "Petition"), Plaintiff brings Texas state law claims for age discrimination and retaliation in violation of the Texas Labor Code §§ 21.001 and 21.055. *See* Petition, Ex. B. The lawsuit is recorded on the docket of the 455th District Court of Travis County in Austin, Texas, "Cause No. D-1-GN-25-008393" ("the State Action"). The 455th District Court, presided by Judge Laurie Eiserloh of Travis County is located at 1700 Guadalupe, 11th Floor, Austin, Texas 78701. There are no pending motions or orders issued in the State Action.

Plaintiff served the Petition and a summons on Abbott's registered agent, CT Corporation System, on October 3, 2025. *See* Ex. C.

320975126v.1

Abbott files this Notice of Removal within 30 days of its receipt of the Petition and summons. Therefore, this removal is timely. *See* 28 U.S.C. § 1446(b).

## BASIS FOR REMOVAL—DIVERSITY JURISDICTION

This Court has original jurisdiction in this case pursuant to 28 U.S.C. § 1332(a), based upon diversity of citizenship between Plaintiff and all Defendants (Abbott and St. Jude Medical Business Services, Inc., hereinafter "St. Jude"). Removal is appropriate pursuant to 28 U.S.C. § 1441 in that it is a civil action between diverse parties. The Court may exercise supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.  Complete diversity between the properly joined and served parties because (1) Plaintiff is, and was at all relevant times, a citizen of the State of Texas; and (2) Abbott and St. Jude are not, and at all relevant times have not been, citizens of Texas.

Plaintiff is currently a citizen of the State of Texas and was at the time she filed her Original Petition. *See* Petition, Ex. B at 3,  ¶5.

Defendant Abbott Laboratories is incorporated in the State of Delaware and has its principal place of business in the State of Illinois. *See* Declaration of Jessica Paik, Ex. D ¶4. Thus, for removal purposes under 28 U.S.C. § 1332(c), Abbott Laboratories is deemed to be a citizen of Delaware and Illinois.

Defendant St. Jude Medical Business Services, Inc. is incorporated in the State of Delaware and has its principal place of business in the State of Minnesota. *See* Declaration of Jessica Paik, Ex. D ¶5. Thus, for removal purposes under 28 U.S.C. § 1332(c), St. Jude Medical Business Services, Inc. is deemed to be a citizen of Delaware and Minnesota.

320975126v.1

Accordingly, this action is one in which none of the parties in interest properly joined and served as a defendant is a citizen of the state in which the action was brought, and complete diversity exists. 28 U.S.C. § 1332(a)(1); 28 U.S.C. § 1441(b).

Moreover, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. In her Petition, Plaintiff specifically states that she "seeks monetary relief over $250,000 but not more than $1,000,000." *See* Petition, Ex. B at 3, ¶1.

Thus, complete diversity of citizenship exists between Plaintiff and Defendants Abbott(and St. Jude, and the amount in controversy requirement is satisfied. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and this action may be removed by Abbott pursuant to 28 U.S.C. § 1441.

### III.  VENUE, NOTICE, AND REQUEST FOR ARGUMENT

Venue is proper in this District under 28 U.S.C. § 1441(a) because, under 28 U.S.C. § 124(b)(2), this District and Division embrace Travis County, Texas, the place where the removed action has been pending.

Abbott will promptly file a Notice of Filing Notice of Removal with the 455th District Court of Travis County in Austin, Texas, and will serve a copy on Plaintiff's counsel, pursuant to 28 U.S.C. § 1446(d).

Should Plaintiff seek to remand this case to state court, Abbott respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides remand is proper, Abbott asks that the Court retain jurisdiction and, if the Court deems it appropriate, certify any remand order for interlocutory review by the Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

### IV.  JURY TRIAL

Plaintiff 's Petition demanded a jury trial in the State Action. *See* Petition, Ex. B at 18, ¶60.

## V.  CONCLUSION

This action involves citizens of different states and an amount in controversy that exceeds $75,000. Thus, this Court has original jurisdiction under 28 U.S.C. 1332(a).  Accordingly, Abbott prays that the State Action be removed to this Court.

Respectfully submitted,

**SEYFARTH SHAW LLP**

By: */s/ Esteban Shardonofsky*
    Esteban Shardonofsky
    Texas Bar No. 24051323
    Rachel M. Hoffer
    Texas Bar No. 24065432
    700 Milam Street, Suite 1400
    Houston, Texas 77002
    Telephone: (713) 225-2300
    Facsimile: (713) 225-2340
    sshardonofsky@seyfarth.com
    shoffer@seyfarth.com

**ATTORNEYS FOR DEFENDANT
ABBOTT LABORATORIES**

320975126v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2025, I filed the foregoing with the Clerk of the Court using the ECF filing system, which will send notification of such filing to the following:
25-1750

Mary L. Scott
LeBoeuf Law, PLLC
325 N. St. Paul Street, Suite 3400
Dallas, Texas 75201

*/s/ Esteban Shardonofsky*
Esteban Shardonofsky

## CERTIFICATION OF NOTIFICATION TO STATE DISTRICT COURT

I further certify that I served a copy of this Notice of Removal to be filed with the clerk of the 455th District Court of Travis County, Texas in accordance with 28 U.S.C. § 1446(d).

*/s/  Esteban Shardonofsky*
Esteban Shardonofsky

320975126v.1