**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTION DIVISION**

JODY GIBSON,                                          §
                                                     §
              Plaintiff                              §
                                                     §
       v.                                            §
                                                     §        Case No. 1:25-cv-1750
ABBOTT LABORATORIES, ST. JUDE                        §
MEDICAL BUSINESS SERVICES, INC.                      §
D/B/A ABBOTT MEDICAL DEVICES                         §
DIVISION,                                            §
                                                     §
              Defendants.                            §
                                                     §

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Defendants Abbott Laboratories and St. Jude Medical Business Services, Inc. ("Defendants") file this Unopposed Motion for Leave to Exceed Page Limits for its Reply In Support of its Motion to Dismiss Plaintiff's First Amended Complaint, and in support state as follows:

1.      Defendants' Reply In Support of its Partial Motion to Dismiss Plaintiff's First Amended Complaint is approximately 12 pages, excluding the cover page, signature block, and certificate of service. It is being filed contemporaneously with this motion.

2.      The Court's procedures require that replies and sur-replies to opposed case dispositive motions must not exceed 10 pages. *See* Local Rule CV-7(a)(1).

3.      In Plaintiff's Response, Plaintiff has raised two legal theories (claims of hostile work environment and retaliatory hostile work environment) that were not previously raised in the pleadings and therefore not addressed in Defendants' Motion.

4.      In order to adequately address the various legal and factual issues and causes of action that have been raised by Plaintiff Jody Gibson against Defendants, including the new

theories raised in her Response, Defendants respectfully request that they be allowed to file the Reply In Support of its Partial Motion to Dismiss Plaintiff's First Amended Complaint in excess of the Court's normal page limit requirements, up to 12 pages in length.

5.      Plaintiff Jody Gibson is not opposed to the granting of this motion.

Accordingly, Defendants respectfully request that this Court grant Defendants' Unopposed Motion for Leave to Exceed Page Limits for its Reply In Support of Their Motion to Dismiss Plaintiff's First Amended Complaint and authorize Defendants to file a reply brief up to 12 pages in length.

DATED:  April 20, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Esteban Shardonofsky*
　　Esteban Shardonofsky
　　Texas Bar No. 24051323
　　sshardonofsky@seyfarth.com
　　Rachel Hoffer
　　Texas Bar No. 24065432
　　rhoffer@seyfarth.com
　　SEYFARTH SHAW LLP
　　700 Milam Street, Suite 1400
　　Houston, Texas  77002-2812
　　Telephone:  (713) 225-2300
　　Facsimile:  (713) 225-2340

　　ATTORNEYS FOR DEFENDANTS
　　ABBOT LABORATORIES AND ST. JUDE
　　MEDICAL BUSINESS SERVICES, INC.

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the parties conferred via email from April 17th, 2026 regarding the relief requested in this motion and counsel for Plaintiff stated that Plaintiff is unopposed.

*/s/ Esteban Shardonofsky*
Esteban Shardonofsky

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I filed the foregoing via the Court's CM/ECF system, which will send an electronic notification of such filing to Plaintiff's counsel.

Mary L. Scott, Esq.
Fulton Jeang PLLC
6333 E. Mockingbird Lane, Suite 147-2191
Dallas, Texas 75214

*/s/ Esteban Shardonofsky*
Esteban Shardonofsky
